THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM L. BARBEE, Defendant-Appellant.

(No. 61054;

First District (3rd Division)—July 3, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Leonard V. Solomon and Suzanne M. Xinos, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Marcia B. Orr, and Frances T. Norek, Assistant State's Attorneys, of counsel), for the People.

OGDEN/FAIRMOUNT, INC., Plaintiff-Appellee, *v.* ILLINOIS RACING BOARD, Defendant-Appellant.—EAST ST. LOUIS JOCKEY CLUB, INC., Plaintiff-Appellee, *v.* ILLINOIS RACING BOARD, Defendant-Appellant.

(No. 74-193;

Fifth District—July 21, 1975.